IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DAN BUMPHUS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-312-SMY-DGW |
| ) | |
| UNIQUE PERSONNEL CONSULTANTS, et al., ) ) | |
| ) | |
| Defendants. ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

The undersigned judge hereby **RECUSES** himself from further participation in this matter. The Clerk is hereby **DIRECTED** to reassign this case to a different United States Magistrate Judge in the District. The telephonic discovery dispute conference set for December 1, 2016 at 3:30 p.m. before the undersigned is hereby **CANCELLED**. Parties should follow the case management procedures of the newly assigned Magistrate Judge with respect to discovery disputes.

**DATED: December 1, 2016**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**