IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DAN BUMPHUS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-312-SMY-DGW |
| | ) |
| UNIQUE PERSONNEL CONSULTANTS, | ) |
| KRISTA FINDLAY, | ) |
| JENNIFER KATHERINE YATES- | ) |
| WELLER, HENNESSY AND ROACH | ) |
| P.C., ANDREW G. TOENNIES, and | ) |
| SYNERGY COVERAGE SOLUTIONS, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that by Order dated March 30, 2018 (Doc. 126), Plaintiff John Dan Bumphus's claims against Defendants Synergy Coverage Solutions, L.L.C., Jennifer Katherine Yates Weller, Hennessy & Roach, P.C., Andrew Toennies, and Krista Findlay are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that by Order dated August 30, 2018 (Doc. 137), Plaintiff's claims against Defendant UniQue Personnel Consultant are **DISMISSED with prejudice**. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  August 30, 2018**

                                          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                          **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:** <u>s/ Staci M. Yandle</u>
              **STACI M. YANDLE**
              **DISTRICT JUDGE**